UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DENNIS DELUCA,** | **2:21-CV-11241-TGB-KGA** |
| Plaintiff, | |
| | **ORDER DENYING MOTION** |
| vs. | |
| **LG CHEM AMERICA, INC and LG CHEM, LTD,** | |
| Defendants. | |

Plaintiff Dennis Deluca brought this products liability lawsuit against LG Chem America, Inc, ("LGCAI") and LG Chem, Ltd, ("LG Chem"). There are currently two motions to dismiss pending, one filed by each Defendant. Plaintiff recently filed a motion that makes three distinct requests: (1) for the Court to take judicial notice of certain facts, (2) for the Court to order jurisdictional discovery, and (3) for leave to file supplemental briefing. ECF No. 15.

Regarding judicial notice, the Court has sufficient information to address the pending Motions and declines to take notice of the additional information provided at this time. *See, e.g., King v. Whitmer,* No. 20-13134, 2021 WL 2885810, at *1 (E.D. Mich. July 9, 2021).

1

As for the requests regarding jurisdictional discovery and supplemental briefing, Plaintiff has already asked for jurisdictional discovery (which would presumably be accompanied by subsequent supplemental briefing) in his Responses to the pending motions. The Court will therefore address this issue when it resolves the pending Motions. Plaintiff's Motion is therefore **DENIED.**

**IT IS SO ORDERED** this 15th day of March, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

2